# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

| Case No. | CV 12-6236-MAN | Date | October 11, 2012 |
|---|---|---|---|
| Title | *Jesse Perez v. DeKalb County Solutions Inc. et al.* | | |

Present: The Honorable  **MARGARET A. NAGLE, UNITED STATES MAGISTRATE JUDGE**

| E. Carson | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   (IN CHAMBERS)   **ORDER OF DISMISSAL UPON SETTLEMENT OF CASE**

The Court having been advised that the above-entitled action has been settled, and the Notice of Voluntary Dismissal having been filed,

IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown within 60 days, to reopen the action.

cc:   All parties of record

:
Initials of Preparer           efc